UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Isabel Cristina Vilbrandt Medeiros

Debtor(s)

Case No: 24–43428 – WJF

Chapter 13 Case

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Teleconference *ONLY*

on 7/29/25 at 12:30 PM

to consider and act upon the following:

*43* – Motion for Leave to Withdraw as Attorney filed by Jeffrey H. Butwinick. Memorandum of Facts and Law, Proposed Order, Proof of Service. Hearing scheduled for 7/23/2025 at 09:30 AM. Location: Office St Paul. (Butwinick, Jeffrey)

*46* – Supplemental Attachment SUPPLEMENT TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND TO CONTINUE HEARING ON CLAIM OBJECTION; REQUEST FOR SCHEDULING CLARIFICATION (re:23 Motion Objecting to Claim(s), 43 Motion for Leave to Withdraw as Attorney) filed by Isabel Cristina Vilbrandt Medeiros. (Butwinick, Jeffrey)

Dated: 7/18/25

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: AVP
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM